UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:17-CV-21710-DPG

HERIBERTO VALDESPINO,

    Plaintiff,

vs.

GEMINI L.T.A. CORP. d/b/a
LA BODEGA BESTWAY, and
LAZARO A. ACOSTA,

    Defendants.
_____/

## DEFENDANTS' AGREED MOTION FOR ENLARGEMENT OF TIME

    Defendants, Gemini L.T.A. Corp. and Lazaro A. Acosta (collectively "Defendants"), by and through their undersigned counsel, move this Court for the entry of an Order granting an enlargement of time within which to serve their response to the Complaint, and in support state as follows:

    1.    Defendants were served with the Complaint on May 11, 2017.

    2.    In accordance with the Federal Rules of Civil Procedure, Defendants are required to serve their response to the Complaint on or before June 1, 2017.

    3.    The undersigned counsel has just been retained by Defendants in this case, and needs additional time to meet and confer with Defendants and to otherwise research the applicable issues of law which have been presented by the Complaint.

    4.    Accordingly, Defendants request a brief extension of time, through and including June 15, 2017, within which to serve their response to the Complaint.

    5.    This Agreed Motion is filed with the Court pursuant to the provisions of the Local

Rules of the United States District Court for the Southern District of Florida, specifically, Rule 7.1 A.1.(j) and Rule 7.1 A.3.  A proposed form of Order is attached.

6. Counsel for Defendants has contacted Plaintiff's counsel, Allyson Morgado, who has agreed to the entry of an Order granting this Agreed Motion.

7. This Agreed Motion is not being made for purposes of delay, but rather in good faith for the purposes above set forth.

WHEREFORE, Defendants, Gemini L.T.A. Corp. and Lazaro A. Acosta, respectfully request that this Court grant an extension of time, through and including June 15, 2017, within which to serve their response to the Complaint.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 31, 2017, a true and correct copy of the foregoing was filed with this Court using CM/ECF.  We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or by U.S. Mail to those who are not authorized to receive electronically Notices of Electronic Filing.

**GREENSPOON MARDER, P.A.**
*Attorneys for Defendants*
Gemini L.T.A. Corp. and Lazaro A. Acosta
200 East Broward Boulevard
Suite 1800
Fort Lauderdale, FL  33301
Phone: (954) 491-1120 Ext. 1233
Fax:    (954) 267-8027
Peter.siegel@gmlaw.com


BY: s/ Alejandro I. Leiva
    **ALEJANDRO I. LEIVA**
    Florida Bar #118309
    **PETER R. SIEGEL**
    Florida Bar #988634

CASE NO.: 0:17-cv-21710-DPG

## SERVICE LIST

*Attorneys for Plaintiff*

**CORONA LAW FIRM, P.A.**

Allyson Morgado, Esq.
3899 NW 7th Street,
Second Floor
Miami, FL  33126
Tel.: (305) 547-1234
Fax: (305) 266-1151
Email:  amorgado@coronapa.com
Email:  crm@coronapa.com

30756831 49037.0001