UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 1:17-cv-21710-DPG**

HERIBERTO VALDESPINO

    Plaintiff,

v.

GEMINI L.T.A. CORP. d/b/a
LA BODEGA BESTWAY, and
LAZARO A ACOSTA,

    Defendants.
_____/

**PLAINTIFF'S STATEMENT OF CLAIM**

    Plaintiff, by and through the undersigned counsel, hereby files his Statement of Claim pursuant to this Court's Order DE 13, and states the following in support thereof:

**FEDERAL MINIMUM WAGES**
**Discrepancy Period:** February 8, 2016 – April 2, 2017
**Weeks:** 59
**Federal Minimum Wage Rate:** $7.25
**Hourly Rate:** $6.66
**Wages owed per hour:** $0.59
**Hours worked per week:** 60
**Total Minimum Wages Owed: 59 weeks x $0.59 x 60 hours = $2,088.60 x 2 (liquidated damages) = $4,177.20**

**FEDERAL OVERTIME WAGES**
**Discrepancy Period:** February 8, 2016 – April 2, 2017
**Weeks:** 59
**Hourly Rate:** $7.25 (applicable Fed. Min. Wage Rate)
**Half Time Rate:** $3.63
**Hours worked per week:** 60
**Overtime Hours Worked:** 20

**Total Overtime Wages Owed: 59 weeks x $3.63 x 20 hours = $4,283.40 x 2 (liquidated damages) = $8,566.80**

**TOTAL OVERTIME WAGES AND MINIMUM WAGES OWED PLUS LIQUIDATED DAMAGES: $12,744.00**

**\*\*\* Plus Attorneys Fees and Costs**
Respectfully submitted,

        **CORONA LAW FIRM, P.A.**
        3899 NW 7th Street, Second Floor
        Miami, FL 33126
        (305)547-1234 – Telephone
        (305)266-1151 – Facsimile
        Primary Email: amorgado@coronapa.com
        2nd Email: crm@coronapa.com

        **By: /s/ Allyson Morgado, Esq.**
        Ricardo Corona, Esq.,
        FBN 111333
        Allyson Morgado, Esq.
        FL Bar No.: 91506

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document was served via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing on all counsel or parties of record.

        **/s/ Allyson Morgado**
        Allyson Morgado