UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:17-CV-21710-DPG

**HERIBERTO VALDESPINO,**

    **Plaintiff,**

vs.

**GEMINI L.T.A. CORP. d/b/a**
**LA BODEGA BESTWAY, and**
**LAZARO A. ACOSTA,**

    **Defendants.**

_____/

**DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM**

Defendants, Gemini L.T.A. Corp. and Lazaro A. Acosta (collectively "Defendants"), through their undersigned counsel and pursuant to this Court's Order dated June 5, 2017 [D.E. 13], file their Response to Plaintiff's Statement of Claim as follows:

1. Defendants deny Plaintiff's Statement of Claim in its entirety.

2. Defendants dispute the amount of workweeks at issue, Plaintiff's unpaid wages calculation and Plaintiff's calculation of overtime hours allegedly worked during the period of his employment.

3. Plaintiff, without any factual or legal basis, also claims an entitlement to liquidated damages. However, he has not produced sufficient documentation or other evidence to support his allegation that Defendants' actions were either willful or intentional. All actions taken with regard to the payment of Plaintiff's wages were in good faith and, accordingly, Plaintiff is not entitled to liquidated damages.

*Valdespino v. Gemini L.T.A. Corp. et al.*
**CASE NO.: 0:17-CV-21710-DPG**
**Page 2 of 2**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 13, 2017, a true and correct copy of the foregoing was filed with this Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or by U.S. Mail to those who are not authorized to receive electronically Notices of Electronic Filing.

**GREENSPOON MARDER, P.A.**
*Attorneys for Defendants*
200 East Broward Boulevard
Suite 1800
Fort Lauderdale, FL  33301
Phone: (954) 491-1120 Ext. 1233
Fax:    (954) 267-8027
Peter.siegel@gmlaw.com
Alejandro.leiva@gmlaw.com

BY: s/ Alejandro I. Leiva
   **ALEJANDRO I. LEIVA**
   Florida Bar No.: 118309
   **PETER R. SIEGEL**
   Florida Bar No.: 988634


## SERVICE LIST

*Attorneys for Plaintiff*

**CORONA LAW FIRM, P.A.**
Allyson Morgado, Esq.
3899 NW 7th Street,
Second Floor
Miami, FL  33126
Tel.: (305) 547-1234
Fax: (305) 266-1151
Email:  amorgado@coronapa.com
Email:  crm@coronapa.com