UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:17-CV-21710-DPG

HERIBERTO VALDESPINO,

    Plaintiff,

vs.

GEMINI L.T.A. CORP. d/b/a
LA BODEGA BESTWAY, and
LAZARO A. ACOSTA,

    Defendants.
_____/

## DEFENDANTS' WITNESS LIST

Defendants, Gemini L.T.A. Corp. and Lazaro A. Acosta (collectively "Defendants"), by and through their undersigned counsel and pursuant to this Court's Scheduling Order Setting Civil Trial Date and Pretrial Schedule, Requiring Mediation, and Referring Certain Motions to Magistrate Judge [D.E. 22] dated July 6, 2017, hereby serve their Witness List.

## WITNESSES

Defendants may call any one or more of the following witnesses at trial:

1.     Heriberto Valdespino, Plaintiff
    c/o Corona Law Firm, P.A.
    Allyson Morgado, Esq.
    3899 NW 7th Street,
    Second Floor
    Miami, FL  33126

2.     Lazaro Acosta, Defendant
    c/o Greenspoon Marder, P.A.
    Alejandro I. Leiva, Esq.
    200 East Broward Boulevard
    Suite 1800
    Fort Lauderdale, FL  33301

3.     Odalys Beltran
    c/o Greenspoon Marder, P.A.

      Alejandro I. Leiva, Esq.
      200 East Broward Boulevard
      Suite 1800
      Fort Lauderdale, FL  33301

5.      Antonio Montefu
      c/o Greenspoon Marder, P.A.
      Alejandro I. Leiva, Esq.
      200 East Broward Boulevard
      Suite 1800
      Fort Lauderdale, FL  33301

Defendants reserve the right to supplement or amend their witness list as may be necessary, and to call any witness identified in discovery, referenced in Plaintiff's witness list or whom may be called by Plaintiff at trial. Defendants further reserve the right to call impeachment or rebuttal witnesses as may be necessary or appropriate.

Date: August 4, 2017

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 4, 2017, I electronically filed the foregoing with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

                        **GREENSPOON MARDER, P.A.**
                        *Attorneys for Defendants*
                        200 East Broward Boulevard
                        Suite 1800
                        Fort Lauderdale, FL  33301
                        Phone: (954) 491-1120 Ext. 1233
                        Fax:    (954) 267-8027
                        Peter.siegel@gmlaw.com


                        BY: s/ Alejandro I. Leiva
                            **ALEJANDRO I. LEIVA**
                            Florida Bar #118309
                            **PETER R. SIEGEL**
                            Florida Bar #988634

*Valdespino v. Gemini L.T.A. Corp. et al.*
CASE NO.: 0:17-cv-21710-DPG
Page **3** of **3**

## SERVICE LIST

*Attorneys for Plaintiff*

**CORONA LAW FIRM, P.A.**

Allyson Morgado, Esq.
3899 NW 7th Street,
Second Floor
Miami, FL  33126
Tel.: (305) 547-1234
Fax: (305) 266-1151
Email:  amorgado@coronapa.com
Email:  crm@coronapa.com